IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **06-cv-1165-JLK-BNB**

**CHRISTINA PACHECO**,

      Plaintiff,

v.

**SHELTER MUTUAL INSURANCE COMPANY, and**
**SHELTER GENERAL INSURANCE COMPANY, a Missouri corporation,**

      Defendant.

---

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

**Kane, J.**

      Pursuant to 28 U.S.C. §636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b), United States Magistrate Judge Boyd N. Boland is designated to conduct proceedings in this civil action as follows:

    **( X )**    **Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.**

Dated at Denver, Colorado this 12th day of January, 2010.

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT